IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-01364-MSK-MJW

DONALD A. PENROD,

    Petitioner,

v.

STEVE HARGETT, and
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondent.

_____

## ORDER STRIKING VARIOUS FILINGS
_____

**THIS MATTER** comes before the Court pursuant to the Petitioner's *pro se* Motion for Recusal **(# 145)**, Motion to Transfer Case **(# 146)**, Motion for Recusal **(# 147)**, Motion to Transfer Case **(# 148)**, and Motion for Sanctions **(# 149)**.

The Petitioner commenced this action on July 18, 2001, seeking a writ of *habeas corpus* **(# 2)**. After extensive proceedings, on February 25, 2003, this Court denied **(# 134)** the Petition as time-barred and unexhausted. The Petitioner sought a certificate of appealability, but on December 24, 2003, the Court of Appeals denied **(# 142)** that request, effectively rendering the dismissal of the Petition final. Since August 2005, the Petitioner has continued to file occasional pleadings in this case, perhaps under the mistaken belief that the case remains open. The Court has previously stricken **(# 144)** these recent pleadings, on the grounds that this case is closed and that no further relief is available to the Petitioner under this case caption.

For the reasons stated in the Court's prior Order, the Petitioner's most recent filings are also **STRICKEN**. The Petitioner is advised that the Court will take no further action with regard to any filings made under this case number. Any future filings by the Petitioner in this case will be entirely disregarded and be deemed nullities by this Court.

Dated this 4th day of January, 2006.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge