# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

April 5, 2007

Mr. Donald Adam Penrod
Centennial Correctional Facility
#76672
P.O. Box 600
Canon City, CO 81215-0600

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 5 2007

GREGORY C. LANGHAM
CLERK

Ms. Clemmie Parker Engle
Mr. John W. Suthers
State of Colorado
Department of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203

Re:   07-1009, In re: Donald Penrod v. -
      Dist/Ag docket:  01-cv-1364-MSK-MJW

Dear Mr. Penrod and Counsel:

Enclosed is a copy of an order entered today in this case.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By:
Deputy Clerk

clk:pdw

cc: Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

In re:

DONALD ADAM PENROD,

Petitioner.

No. 07-1009
(D.C. No. 01-cv-1364-MSK-MJW)

ORDER
Filed April 5, 2007

Before **MURPHY**, **O'BRIEN**, and **GORSUCH**, Circuit Judges.

Mr. Penrod has filed a mandamus petition seeking (1) an order from this court recusing all of the federal judges in Colorado and the Tenth Circuit from his habeas proceeding and transferring the case to the Ninth Circuit or some other disinterested circuit; and (2) directing the district court to rule on his pending Federal Rule of Civil Procedure 60(b) motions.

Although Mr. Penrod's request seeks the recusal of all Tenth Circuit judges, this panel is not disqualified from resolving his mandamus petition. Mr. Penrod's request to recuse all of the Tenth Circuit judges is based upon "the merest unsubstantiated suggestion of personal bias or prejudice," and is insufficient to disqualify all of the judges on this court from hearing his mandamus petition. *Switzer v. Berry*, 198 F.3d 1255, 1257-58 (10th Cir. 2000) (quotation and citation omitted).

A true copy
Date

Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit

By
Deputy Clerk

"Mandamus is available only upon a showing of a clear and indisputable right to relief." *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995) (per curiam). In order to be entitled to mandamus relief, Mr. Penrod must demonstrate "a clear abuse of discretion or conduct by the district court amounting to a usurpation of judicial authority" and must show that he lacks an adequate alternative to obtain the relief he seeks. *Id.* Mr. Penrod has failed to meet his burden of establishing his entitlement to mandamus relief on either of his requests. The district court not unreasonably concluded that Mr. Penrod's request, which it treated as a Rule 60(b) motion, was untimely given that nearly two years had passed since Mr. Penrod's case had become final.

The petition for a writ of mandamus is DENIED. The motion to proceed IFP is DENIED.

Entered for the Court
ELISABETH A. SHOMAKER, Clerk

By: 
Deputy Clerk

Murphy, J., concurring in part and dissenting in part.

I concur in the denial of mandamus seeking to disqualify judges. I dissent from that part of the order denying mandamus concerning the pending 60(b) motions because such denial, even if eventually appropriate, is premature. The appropriate action at this time is to invite a response to the mandamus petition from the district court and the respondents in the underlying district court proceeding.